## ATTACHMENT A
### Statement of Facts

*The United States and the Defendant, Deonte Carraway, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

Between September 2015 and February 2016, **DEONTE CARRAWAY** ("**CARRAWAY**") was a resident of Glenarden, Maryland and an unpaid Dedicated Assistant at a Prince George's County (Maryland) elementary school ("Elementary School"). Prior to becoming a Dedicated Assistant, **CARRAWAY** served as a paid teacher's assistant at the Elementary School since 2014. **CARRAWAY** also directed a children's choir at a church in Prince George's County. **CARRAWAY** exercised supervisory care and control over his victims through his roles as a Dedicated Assistant and choir director and by gaining the trust of parents who entrusted their children to **CARRAWAY**'s care in their residences.

Between at least October 2015 and February 2016, **CARRAWAY** engaged in sex acts, including anal sex and oral sex, with children between the ages of nine and 11 years old. **CARRAWAY** also directed the children to engage in sex acts with each other. **CARRAWAY** video-recorded the sexual acts that he engaged in with children and that they engaged in with each other and directed the children to record sexual acts. **CARRAWAY** provided his victims with cellular telephones to record the acts. **CARRAWAY** reached out to minor males between the ages of nine and fourteen years old both within Maryland and outside Maryland and encouraged those children to provide **CARRAWAY** with images and videos of the children exposing their penises or buttocks or engaging in masturbation. **CARRAWAY** also sent images of himself exposing his penis or masturbating and images of other children engaged in such acts to the child victims. **CARRAWAY** induced, encouraged, enticed, and coerced at least 11 children to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct.

On February 4, 2016, a relative of a nine-year-old child (Victim E) reported to Prince George's County Police Department ("PGPD") officers that he found nude images of Victim E on Victim E's cellular telephone. A forensic analysis of Victim E's cellular phone revealed that Victim E had sent images of his naked buttocks to **CARRAWAY** through the KIK messenger application from Victim E's cellular phone to **CARRAWAY**'s cellular phone on January 18, 2016. The forensic analysis also revealed chats that were sexual in nature between **CARRAWAY** and Victim E.

On February 5, 2016, PGPD officers arrested **CARRAWAY**. After **CARRAWAY** was advised of and waived his *Miranda* rights, **CARRAWAY** voluntarily spoke with law enforcement officers and provided a written statement. During the interview by law enforcement, **CARRAWAY** admitted that **CARRAWAY** asked Victim E for pictures of Victim E's buttocks. **CARRAWAY** also admitted that he founded a club with children called "AKA," which stands for "ass kick ass." **CARRAWAY** admitted that he requested children who wanted to join the club to

send sexually explicit photographs of themselves to **CARRAWAY** via cell phone messenger applications.

During the course of **CARRAWAY**'s interview with PGPD officers and in his written statement, **CARRAWAY** also admitted to using at least two cellular phones – a BLU phone (orange in color) and a Samsung phone (white in color) – to receive and take images and videos of his minor victims engaged in sexually explicit conduct.

A forensic analysis of **CARRAWAY**'s cellular phones revealed more than 50 images and videos of child pornography, including **CARRAWAY** engaged in sexual acts with children, children engaged in sexual acts with other at the direction of **CARRAWAY**, and children individually engaged in sexually explicit conduct at the direction of **CARRAWAY**.

The following are examples of some of the videos recovered from **CARRAWAY**'s BLU phone that depict children **CARRAWAY** induced, encouraged, enticed, and coerced to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct:

- Count One: A video, recorded on or about October 11, 2015, depicting **CARRAWAY** and Victim A, a nine-year-old male, both nude from the waist down, in Victim A's bedroom. During the video, **CARRAWAY** is seated on a chair and Victim A is kneeling down in front of **CARRAWAY**. Victim A then performs oral sex on **CARRAWAY**.

- Count Two: A video, recorded on or about October 30, 2015, depicting Victim B, an eleven-year-old male, and **CARRAWAY**, both of whom were nude from the waist down, on a bed in Victim B's bedroom. During the video, Victim B is positioned on all-fours on the bed with his buttocks exposed. **CARRAWAY** then begins to have anal sex with Victim B.

- Count Three: A video, recorded on or about November 25, 2015, depicting **CARRAWAY** and Victim A in Victim A's bedroom. During the video, **CARRAWAY** engages in anal sex with Victim A, while Victim A is on all-fours on his bed.

- Count Four: A video, recorded on or about December 14, 2015, depicting Victim A, who is nude from the waist down, and Victim C, an eleven-year-old special needs male, in Victim A's bedroom. During the video, Victim A is seated on a bed and Victim C attempts to perform oral sex on Victim A.

- Count Five: A video, recorded on or about December 22, 2015, depicting **CARRAWAY** and Victim A, both of whom are nude from the waist down, in Victim A's bedroom. During the video, Victim A has one leg on the floor and the other leg draped over **CARRAWAY**'s leg. Victim A appears to be fondling **CARRAWAY**'s erect penis.

- Count Six: A video, recorded on or about December 22, 2015, depicting Victim A and Victim D, an eleven-year-old male, partially clothed on a bed. During the video, Victim A fondles Victim D's genitals and then attempts to perform oral sex on Victim D.

- Count Seven: A video, recorded on or about January 6, 2016, depicting Victim E, a nine-year-old male, and Victim F, an eleven-year-old female, in the Elementary School (band room). During the video, Victim E removes his pants, exposing his penis and buttocks, and Victim F performs oral sex on Victim E. **CARRAWAY** is partially visible in the video directing the children on where to stand and what to do. At the end of the video, **CARRAWAY** tells Victim E to stand in front of the camera and "do something." Victim E responds by moving in front of the camera and fondling his penis and buttocks. During the video, Victim F also refers to CARRAWAY by his first name, "Deonte."

- Count Eight: A video, recorded on or about January 8, 2016, depicting Victim F and Victim G in the basement of a residence. During the video, Victim G is nude from the waist down and Victim F performs oral sex on Victim G.

- Count Nine: A video, recorded on or about January 8, 2016, depicting Victim F and Victim G, both nude from the waist down, in the basement of a residence. During the video, Victim F is bent over at the waist with her buttocks exposed and Victim G appears to be having anal sex with Victim F.

- Count Ten: A video, recorded on or about January 27, 2016, depicting Victim A and Victim H, a nine-year-old male, both nude from the waist down, in a back room in the Elementary School. During the video, **CARRAWAY** is partially visible placing the camera on the floor and appears to be directing Victim A and Victim H. Victim A then attempts to have anal sex with Victim H. **CARRAWAY's** voice can be heard in the video.

The following are examples of some of the videos recovered from **CARRAWAY's** Samsung phone that depict children **CARRAWAY** induced, encouraged, enticed, and coerced to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct:

- Count Thirteen: A video, recorded on or January 27, 2016, depicting Victim I, an eleven-year-old male, fondling his penis and exposing his buttocks to the camera.

- Count Fourteen: A Skype video, recorded on or about January 27, 2016, depicting Victim J, a twelve-year-old male, in a residential bedroom. During the video, Victim J, who is nude from the waist down, exposes his penis, buttocks, and anus.

- Count Fifteen: A video, recorded on or about February 1, 2016, depicting Victim K, a nine-year-old male in a residential bathroom exposing his penis, buttocks, and anus.

As part of the investigation, Victims A through K described above were interviewed by trained child forensic interviewers. During their interviews, multiple victims recounted that they were part of **CARRAWAY**'s AKA club, that **CARRAWAY** attempted or did engage in sex acts with them, that **CARRAWAY** directed them to engage in sex acts with each other, and that **CARRAWAY** directed them to send **CARRAWAY** pictures and videos of themselves engaged in sexually explicit conduct via Kik or other cell phone messenger applications, and that **CARRAWAY** provided them cellular phones in order to capture sex acts on video and in images to send to **CARRAWAY**. On occasion, **CARRAWAY** also provided videos of minors engaged in sexually explicit conduct to other minors to provide examples of the types of videos **CARRAWAY** wanted to receive from the minors.

In addition to inducing, enticing, and coercing minor victims in person to engage in sexually explicit conduct for the purpose of creating videos and images of that conduct, **CARRAWAY** also communicated with victims via an chat messaging application called ooVoo. Counts Eleven and Twelve relate to videos that **CARRAWAY** induced, enticed, or coerced minor victims to send him over ooVoo.

- Count Eleven: A video, recorded on January 10, 2016, depicting Victim L, a thirteen-year-old male, masturbating. Victim L sent the video in response to repeated requests for such videos from Victim L from **CARRAWAY**. During the ooVoo chats, **CARRAWAY** specifically asked Victim L for a "porn" video and promised to provide Victim L with access to another minor victim with whom Victim L could engage in sexual acts if Victim L provided the video.

- Count Twelve: A video, recorded on January 14, 2016, depicting a close-up of Victim K's penis. Victim K sent the video in response to requests from **CARRAWAY** for a "porn" video and in response to promises from **CARRAWAY** to provide the Kik address of a female student at the Elementary School. When Victim K sent the video of his penis, **CARRAWAY** also demanded a video of Victim K's buttocks.

All of the videos described above were produced using cellular phones that were not manufactured in the state of Maryland and therefore the materials used to produce the videos traveled in interstate or foreign commerce before being used in Maryland. The videos that were sent over Kik or ooVoo were transmitted over the internet and, thus, transmitted in or affecting interstate commerce.

\* \* \*

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

1/24/17
Date

[signature]
Deonte Carraway

I am Deonte Carraway's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

1/24/17
Date

John Chamble
John Chamble, Esq.

14